UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARY CONNER, Individually and as the
representative of a class of similarly situated persons,

                                                                          Case No. 1:18-cv-3577-JPO

                               Plaintiff,

                   - against -

FJALLRAVEN USA, LLC,

                              Defendant.
-----------------------------------------------------------X

## STIPULATION OF VOLUNTARY DISMISSAL

Plaintiff, Mary Conner, by her attorneys, and pursuant to FRCP 41(a)(1)(A) hereby provides notice of voluntary dismissal, with prejudice and without costs, disbursements, or attorney's fees to either party as against the other, of the above-referenced matter against Fjallraven USA, LLC and request that the case be closed.

Dated: Brooklyn, New York
         August 21, 2018

| SHAKED LAW GROUP, P.C. | PRYOR CASHMAN LLP |
|---|---|
| _/s/ Dan Shaked_ | _/s/ Sarah Bell_ |
| Dan Shaked, Esq. (DS-3331) | Sarah E. Bell, Esq. |
| Attorney for Plaintiff | Attorneys for Defendant |
| 44 Court Street, Suite 1217 | 7 Times Square |
| Brooklyn, NY 11201 | New York, NY 10036 |
| (917) 373-9128 | (212) 421-0401 |
| ShakedLawGroup@gmail.com | sbell@pryorcashman.com |

So Ordered:

_____          August 22, 2018
J. PAUL OETKEN
United States District Judge